IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SEBASTIAN ZARATE, et al )
)
v. ) CV 214-120
)
TAYLOR ATLANTIC, LLC, et al )

**O R D E R**

The parties in the above captioned case have filed a Stipulation of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii). This Stipulation is hereby GRANTED and all claims in this action are hereby dismissed without prejudice. The Clerk is ordered to close this case.

SO ORDERED this ____ day of April, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA